IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERICK ESTANISLAO,<br>    Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Cause No. EP-24-CV-00402-LS |
| CHARISMA EDGE, Warden,[1]<br>    Respondent. | §<br>§<br>§ | |

## MEMORANDUM OPINION AND ORDER

Petitioner Erick Estanislao was confined at the La Tuna Federal Correctional Institution in Anthony, Texas, when he filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 seeking release from Bureau of Prisons custody.[2] As Estanislao has already been released from BOP custody,[3] there is no longer any Article III case or controversy because this Court can no longer provide him the relief he seeks.[4] Accordingly, his petition is **DISMISSED**.[5]

**SO ORDERED.**

**SIGNED** this 28th day of June 2025.



LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE

---

[1] Charisma Edge is the current Warden at FCI La Tuna.
[2] ECF No. 1.
[3] *See* Bureau of Prisons, Find an Inmate, www.bop.gov/inmateloc (search for Reg. No. 84552-509, last visited June 28, 2025) ("Not in BOP Custody.").
[4] *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987) (dismissing a § 2241 case following BOP release where the "thrust of [the] petition is to be released from confinement.").
[5] *Id*. at 279.